# Order

**Supreme Court**
**Lansing, Michigan**

September 28, 2005

127903 & (66)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MICHAEL C. SESSA, JAMES SENSTOCK, and
WALTER GRAVES,
        Plaintiffs-Appellants,

v

CHARTER TOWNSHIP OF HARRISON,
        Defendant-Appellee.

SC: 127903
COA: 249485
Macomb CC: 2002-005638-CZ

_____/

      On order of the Court, the application for leave to appeal the January 4, 2005 judgment of the Court of Appeals and the motion for leave to file brief amicus curiae are considered. The motion to file brief amicus curiae is GRANTED. The application for leave to appeal is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2005

Clerk

s0919